**UNITED STATES DISTRICT COURT**
**Southern District of Indiana**

DEAMANTINA J. GAITAN )
Plaintiff(s), )
)
vs. ) CASE NO. 1:25−cv−01869−JRS−MG
)
COSTCO WHOLESALE CORPORATION )
Defendant(s) )

**ORDER OF RECUSAL/DISQUALIFICATION**

In accordance with the provisions of Title 28 U.S.C. §455, the undersigned hereby disqualifies himself/herself in this matter. The Clerk of Court is directed to randomly reassign this matter to another Judge, pursuant to the court's reassignment procedures.

IT IS SO ORDERED.

DATE: September 19, 2025

s/ Chief District Judge James Russell Sweeney, II
United States District Court
Southern District of Indiana