# *UNITED STATES DISTRICT COURT*

## *Southern District of Indiana*

***Kristine L. Seufert***

***Clerk of the Court***

*46 East Ohio Street, Room 105*
*Indianapolis, Indiana*
*46204*

*921 Ohio Street*
*Terre Haute, Indiana*
*47807*

*101 Northwest MLK Boulevard*
*Evansville, Indiana*
*47708*

*121 West Spring Street*
*New Albany, Indiana*
*47150*

September 19, 2025

Re: GAITAN v. COSTCO WHOLESALE CORPORATION
Cause Number: 1:25−cv−01869−SEB−MG

TO ALL COUNSEL OF RECORD:

Pursuant to Title 28 U.S.C. §455, the above matter was reassigned from the docket of Judge James Russell Sweeney, II to the docket of Judge Sarah Evans Barker on September 19, 2025. The cause number above has been changed to reflect the initials of the newly assigned district and/or magistrate judge. **Please note that cause number 1:25−cv−01869−SEB−MG should be used on all future filings.**

Sincerely,

Kristine L. Seufert, Clerk of Court

By: s/Camila Carrillo Garbiras
Camila Carrillo Garbiras, Deputy Clerk